TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8933
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| YAKOEURT MOUSSA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-08660-JC<br><br>**ORDER AWARDING EAJA FEES** |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TEN THOUSAND SIX HUNDRED DOLLARS AND 00/100 and FOUR HUNDRED AND 00/100 in costs, subject to the terms of the stipulation.

DATED:  April 25, 2022

                                              /s/
                                  HON. JACQUELINE CHOOLJIAN
                                  UNITED STATES MAGISTRATE JUDGE